# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
**No:10-10174-PBS**

**UNITE HERE Local 26**
Plaintiff

v.

**Taj Hotel Boston**
Defendant

## ORDER OF REMAND

**SARIS, D.J.**

In accordance with this Court's adoption on 8/6/2010, of the Magistrates Judge's Report and Recommendation of remand and dismissal, it is hereby ORDERED that the above-entitled action be and hereby is remanded back to the arbitrator.

By the Court,

 /s/ Christine M. Patch
Deputy Clerk

August 6, 2010

To: All Counsel